Petition of the STATE DEPARTMENT OF PUBLIC WORKS, etc., for an Order Determining How a Relocated Portion of FARNHAM-IRVING STATE HIGHWAY Shall

Cross the Railroad of the NEW YORK CENTRAL COMPANY, in the Town of Brant, Erie County. (Case No. 5651.) — Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 252 App. Div. 404.] Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.